Cynthia O'Neill, Bar No. 132334
coneill@lcwlegal.com
Alison L. Carrinski, Bar No. 261676
acarrinski@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

Telephone:  (415) 512-3000
Facsimile:  (415) 856-0306

Attorneys for Defendant
CITY OF VALLEJO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GOSHERT, KENNETH MCKAY, NICHOLAS ROLLEY, and LYNN SCHULTE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.  2:12-cv-00287-KJM-GGH<br><br>**ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE DATE TO ALLOW PARTIES TO FURTHER PURSUE SETTLEMENT**<br><br>Current Status Conference<br>Date:     July 12, 2012<br>Time:     1:30 p.m.<br><br>New Status Conference<br>Date:     August 9, 2012<br>Time:     1:30 p.m. |

GOOD CAUSE HAVING BEEN SHOWN, and particularly in light of the parties' representation that they are working in good faith towards a settlement of this action, the date of the Status (Pretrial Scheduling) Conference in this matter is hereby continued to August 9, 2012, at 1:30 p.m.  Parties shall file a joint status report no later than August 2, 2012.

IT IS SO ORDERED.

Date: June 27, 2012                    /s/ Gregory G. Hollows

By _____
Gregory G. Hollows
U.S. Magistrate Judge

- 1 -                    ORDER ON STIPULATION
2:12-CV-00287-KJM-GGH

199193.3 VA040-022