Jason M. Erlich, Esq., Cal. Bar #203661
Email: jason@erlichlaw.com
THE ERLICH LAW FIRM
150 Post Street, Suite 742
San Francisco, CA 94108
Tel: (415) 296-8420
Fax: (415) 296-8552

Attorney for Plaintiffs Michael Goshert,
Kenneth McKay, Nicholas Rolley and Lynn Schulte

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GOSHERT, KENNETH MCKAY, NICHOLAS ROLLEY, and LYNN SCHULTE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation, and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No. 2:12-cv-00287-KJM-GGH<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Status Conference:   August 9, 2012<br>Time:                           1:30 p.m. |

Plaintiffs MICHAEL GOSHERT, KENNETH MCKAY, NICHOLAS ROLLEY, and LYNN SCHULTE ("Plaintiffs") and Defendant CITY OF VALLEJO ("Defendant"), by and between their respective attorneys of record, and with this Court's permission, hereby stipulate and agree as follows:

WHEREAS, the parties have agreed in principle to the terms of a settlement in this matter;

WHEREAS the parties are working in good faith toward finalizing the terms of the settlement agreement and related documents including dismissal of this matter;

WHEREAS, the parties are set to appear before this Court on August 9, 2012 for a Status Conference and are scheduled to submit a Joint Status Report no later than August 2, 2012;

NOW THEREFORE, based on the foregoing, the parties respectfully request the Court to continue the Status (Pretrial Scheduling) Conference for an additional 60 days to allow Plaintiffs and Defendant sufficient time to complete the final settlement process.

Date:   August 3, 2012                                   THE ERLICH LAW FIRM

                                                         /S/ Jason Erlich
                                                         By:  Jason M. Erlich, Esq.
                                                         Attorney for Plaintiffs Michael Goshert, Kenneth
                                                         McKay, Nicholas Rolley and Lynn Schulte

Dated:  _____, 2012                            LIEBERT CASSIDY WHITMORE

                                                         _____
                                                         Cynthia O'Neill
                                                         Alison Carrinski
                                                         Attorneys for Defendant
                                                         CITY OF VALLEJO

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Status (Pretrial Scheduling) Conference in this matter is hereby continued to November 1, 2012, at 1:30 p.m. to permit the Parties to finalize the terms of their settlement.

IT IS SO ORDERED.

Dated: August 2, 2012                                    /s/ Gregory G. Hollows
                                                         _____
                                                         Hon. Gregory G. Hollows
                                                         United States Magistrate Judge