1  Jason M. Erlich, Esq., Cal. Bar #203661
   Email: jason@erlichlaw.com
2  THE ERLICH LAW FIRM
   150 Post Street, Suite 742
3  San Francisco, CA 94108
   Tel: (415) 296-8420
4  Fax: (415) 296-8552

5  Attorney for Plaintiffs Michael Goshert,
   Kenneth McKay, Nicholas Rolley and Lynn Schulte
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  MICHAEL GOSHERT, KENNETH          Case No. 2:12-cv-00287-KJM-GGH
    MCKAY, NICHOLAS ROLLEY, and
11  LYNN SCHULTE,                     STIPULATION AND ORDER TO CONTINUE
                                      STATUS CONFERENCE
12         Plaintiffs,
                                      Status Conference:   August 9, 2012
13  vs.                              Time:                1:30 p.m.

14
    CITY OF VALLEJO, a municipal
15  corporation, and DOES 1 through 25,
    inclusive,
16
           Defendant.
17

18         Plaintiffs MICHAEL GOSHERT, KENNETH MCKAY, NICHOLAS ROLLEY, and LYNN

19  SCHULTE ("Plaintiffs") and Defendant CITY OF VALLEJO ("Defendant"), by and between their

20  respective attorneys of record, and with this Court's permission, hereby stipulate and agree as

    follows:
21
           WHEREAS, the parties have agreed in principle to the terms of a settlement in this matter;
22
           WHEREAS the parties are working in good faith toward finalizing the terms of the settlement
23
    agreement and related documents including dismissal of this matter;
24
           WHEREAS, the parties are set to appear before this Court on August 9, 2012 for a Status
25
    Conference and are scheduled to submit a Joint Status Report no later than August 2, 2012;
26

27

28

THE ERLICH LAW FIRM
150 POST STREET, SUITE 742, SAN FRANCISCO, CA 94108
TELEPHONE: (415) 296-8420

1

NOW THEREFORE, based on the foregoing, the parties respectfully request the Court to

2

continue the Status (Pretrial Scheduling) Conference for an additional 60 days to allow Plaintiffs and

3

Defendant sufficient time to complete the final settlement process.

4

5

Date:   August 3, 2012                              THE ERLICH LAW FIRM

6

7

_____/S/ Jason Erlich_____
By:  Jason M. Erlich, Esq.

8

Attorney for Plaintiffs Michael Goshert, Kenneth
McKay, Nicholas Rolley and Lynn Schulte

9

10

Dated: _____, 2012                  LIEBERT CASSIDY WHITMORE

11

12

_____

13

Cynthia O'Neill
Alison Carrinski

14

Attorneys for Defendant
CITY OF VALLEJO

15

16

ORDER

17

GOOD CAUSE HAVING BEEN SHOWN, the Status (Pretrial Scheduling)

18

Conference in this matter is hereby continued to November 1, 2012, at 1:30 p.m. to permit the Parties

19

to finalize the terms of their settlement.

20

21

IT IS SO ORDERED.

22

Dated: August 2, 2012                              /s/ Gregory G. Hollows

23

_____
Hon. Gregory G. Hollows

24

United States Magistrate Judge

25

26

27

28

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
CASE NO. :12-cv-00287-KJM-GGH

THE ERLICH LAW FIRM
150 POST STREET, SUITE 742, SAN FRANCISCO, CA 94108
TELEPHONE: (415) 296-8420