Cynthia O'Neill, Bar No. 132334
coneill@lcwlegal.com
Alison L. Carrinski, Bar No. 261676
acarrinski@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

Telephone:   (415) 512-3000
Facsimile:   (415) 856-0306

Attorneys for Defendant
CITY OF VALLEJO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GOSHERT, KENNETH MCKAY, NICHOLAS ROLLEY, and LYNN SCHULTE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:12-CV-00287-KJM-GGH<br><br>**AMENDED STIPULATION FOR DISMISSAL WITH PREJUDICE AND FOR ENTRY OF JUDGMENT; ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE** |

Whereas, Michael Goshert, Kenneth McKay, Nicholas Rolley and Lynn Schulte (collectively referred to as "Plaintiffs") filed a complaint in the United States District Court, Eastern District of California, on February 28, 2012, against Defendant City of Vallejo ("Defendant") entitled, *Michael Goshert, Kenneth McKay, Nicholas Rolley and Lynn Schulte v. City of Vallejo et al.*, Case No. 2:12-CV-00287-KJM-GGH ("Lawsuit") against the Defendant for violation of the Fair Labor Standards Act ("FLSA"), alleging that the Defendant had failed to comply with the FLSA;

Whereas, all parties desire to fully resolve this matter and to avoid incurring further costs and expenses incident to the litigation in this matter;

1  Whereas, all parties have agreed to the terms of the attached "Settlement
2  Agreement and General Release of Claims" attached hereto as evidenced by their
3  signature pages;

4  Whereas, the parties agree that this settlement is a resolution of disputed matters
5  and is not, in any way, an admission of liability, fault or wrongdoing on the part of any
6  party;

7  IT IS HEREBY STIPULATED, by and between the parties of this action, and
8  through their designated legal counsel, that the above-captained action will be disposed of
9  as follows:

10  1.  That the Court order that his action be dismissed with prejudice in its
11  entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(2) based upon
12  the terms and conditions stated in the attached Settlement Agreement and General Release
13  of Claims;

14  2.  That the Plaintiffs must each sign document(s) evidencing their agreement
15  to both this "Stipulation With Prejudice and for Entry of Judgment" and the "Settlement
16  Agreement and General Release of Claims" before they can receive any wage payment
17  due under the "Settlement Agreement and General Release of Claims";

18  3.  That any action to enforce the attached Settlement Agreement and General
19  Release of Claims be brought in Superior Court of California, in and for the County of
20  Solano and/or the United States District Court for the Eastern District of California, to the
21  extent of this Court's jurisdiction; and

22  4.  That the Clerk of the Court enter final judgment dismissing this action with
23  prejudice in its entirety.

24
25
26
27
28

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

Dated: _____, 2012         FOR THE PLAINTIFFS

_____ [1]
MICHAEL GOSHERT

Dated: _____, 2012         FOR THE DEFENDANT
                                        CITY OF VALLEJO

_____
DANIEL E. KEEN
CITY MANAGER

Approved as to Form and Content

Dated: _____, 2012         LIEBERT CASSIDY WHITMORE

_____
Cynthia O'Neill
Alison Carrinski
Attorneys for Defendant

Approved as to Form and Content

Dated: _____, 2012         THE ERLICH LAW FIRM

_____
Jason Erlich
Attorney for Plaintiffs

---

[1] The court acknowledges receipt of the stipulation signed by the parties and counsel.

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

**ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE**

The Court having considered the parties' stipulation submitted herein and good cause appearing therefore, IT IS HEREBY ORDERED:

1. That this action is dismissed with prejudice in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(2) based upon the terms and conditions stated in the Settlement Agreement and General Release of Claims filed on August 17, 2012 (ECF 17) and incorporated herein by reference;

2. That any action to enforce the parties' Settlement Agreement and General Release of Claims be brought in the Superior Court of California, in and for the County of Solano and/or the United States District Court for the Eastern District of California, to the extent of this Court's jurisdiction; and

3. That the Clerk of the Court enter final judgment dismissing this action with prejudice and in its entirety.

SO ORDERED.

DATED: August 27, 2012.

_____
UNITED STATES DISTRICT JUDGE